UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:07CV01670 JCH |
| ) | |
| v. ) | |
| ) | |
| ONE 1989 DODGE RAM 1500 PICKUP ) | |
| TRUCK, VIN 3B7HF13Z8WG159340, ) | |
| ) | |
| ONE 2006 TOYOTA MATRIX, ) | |
| VIN 2T1KR30E36C570861, ) | |
| ) | |
| ONE 2006 TOYOTA MATRIX, ) | |
| VIN 2T1LR30E36C555538, ) | |
| ) | |
| WITH ALL APPURTENANCES ) | |
| AND ATTACHMENTS THEREON, ) | |
| ) | |
| SEVEN PIECES OF MISCELLANEOUS ) | |
| JEWELRY, ) | |
| ) | |
| COMMERCE BANK ACCOUNT #...3409, ) | |
| ) | |
| COMMERCE BANK ACCOUNT #...4689, ) | |
| ) | |
| COMMERCE BANK ACCOUNT #...5676, ) | |
| ) | |
| COMMERCE BANK ACCOUNT #...3760, ) | |
| ) | |
| COMMERCE BANK ACCOUNT #...1038, ) | |
| ) | |
| $49,920.00 U.S. CURRENCY IN COMMERCE ) | |
| BANK SAFE DEPOSIT BOX #464, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimants Estella Smith, Willis Smith and Shirley Prayer,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the following defendant property shall be forfeited to the United States of America to be disposed of according to law:

(i) one 1998 Dodge Ram 1500 Pickup Truck, VIN 3B7HF3Z8WG159340;

(ii) one 2006 Toyota Matrix, VIN 2T1KR30E36C570861;

(iii) one 2006 Toyota Matrix, VIN 2T1LR30E36C555538;

(iv) seven pieces of miscellaneous jewelry further described as: (a) 14 karat two-tone 20" Figaro link chain with 14 karat yellow gold saw charm, (b) 18 karat yellow gold gent's Bueche Girod quartz bracelet watch, (c) 14 karat two-tone diamond ring set with one diamond, (d) 14 karate yellow gold gent's round top in white gold diamond ring w/17 center brilliant cut diamonds, (e) 14 karat yellow gold diamond nugget ring with one oval shape diamond, (f) 14 karat yellow gold gent's diamond ring with one diamond, (g) 14 karat yellow gold with white top gent's pave diamond nugget ring;

(v) all proceeds in the following accounts:

    (a) Commerce Bank Account, #...3409;
    (b) Commerce Bank Account, #...5676;
    (c) Commerce Bank Account, #...3760; and
    (d) Commerce Bank Account, #...1038;
    (e) Commerce Bank Safe Deposit Box #464; and

(vi) a portion of the currency located in Commerce Bank Account, #...4689 in the amount of Three Hundred Fifty-Six Thousand, Five Hundred Thirty-Two Dollars and thirty-seven cents. ($356,532.37).

IT IS FURTHER ORDERED THAT, a portion of the currency located in Commerce Bank Account, #...4689 in the amount Two Hundred Seventy Thousand Dollars ($270,000.00) shall be released to Estella Smith and Shirley Prayer.

This matter is dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED,

*[signature]*
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 3rd Day of March, 2008.